IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONYX THERAPEUTICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-1811-LPS |
| | ) |
| DR. REDDY'S LABORATORIES, INC. and | ) |
| DR. REDDY'S LABORATORIES, LTD., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, this action against Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (C.A. No. 17-1811-LPS) (the "Second DRL Action") is related to *Onyx Therapeutics, Inc. v. Cipla Ltd. and Cipla USA, Inc.*, C.A. No. 16-988 (LPS) (consolidated cases), which are currently pending before this Court; and

WHEREAS, plaintiff Onyx Therapeutics, Inc. (plaintiff or "Onyx") and defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (defendants or "DRL", and with Onyx, "the parties") have agreed to consolidation of the Second DRL Action with C.A. No. 16-988 (LPS) for purposes of discovery.

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that:

1) The Second DRL Action shall be consolidated with C.A. No. 16-988 (LPS) for purposes of discovery. Upon consolidation, Onyx or DRL may request that the Court consolidate the Second DRL Action with C.A. No. 16-988 (LPS) for any other purpose by following the "Discovery Matters and Disputes Related to Protective Order" procedures set forth in the Scheduling Order (D.I. 21) in C.A. No. 16-988 (LPS);

2) Upon consolidation, the parties agree to be bound by the Protective Order in C.A. No. 16-988 (LPS) filed on September 21, 2017 (D.I. 87) and So Ordered by the Court on September 22, 2017;

3) Upon consolidation, the parties agree to the provisions set forth in paragraphs 5-7, 8(j), 8(k), 9, 10 and 17-22 of the Scheduling Order (D.I. 21), subject to any amendment(s) or modification(s) made in the lead case C.A. No. 16-988 (LPS);

4) Upon consolidation, the parties agree to the provisions set forth in paragraph 8(e) of the Scheduling Order (D.I. 21), subject to any amendment(s) or modification(s) made in the lead case C.A. No. 16-988 (LPS);

5) Upon consolidation, DRL agrees to adopt Defendants' Disclosures Pursuant to Paragraph 4(d) served in C.A No. 16-988 (LPS) on October 16, 2017 and Defendants' Amended Disclosures Pursuant to Paragraph 4(d) served in C.A No. 16-988 (LPS) on May 31, 2018, subject to any amendments or supplementations thereto made in the lead case C.A. No. 16-988 (LPS);

6) Upon consolidation, the parties agree that the provisions set forth in paragraphs 1, 4 and 11-14 of the Scheduling Order (D.I. 21) are unnecessary in light of the provisions set forth in Paragraphs 1, 2 and 8 herein;

7) Except as addressed in the parties' April 23, 2018, joint letter to the Court (D.I. 215 in C.A. No. 16-988 (LPS)), upon consolidation, the parties agree they have already complied with and/or completed the provisions set forth in paragraphs 2, 3, 8(a) - (d) and 8(f) - (i), 15 and 16 of the Scheduling Order (D.I. 21) and/or the deadlines set forth in paragraphs 2, 3, 8(a) - (d) and 8(f) - (i), 15 and 16 of the Scheduling Order (D.I. 21) have passed;

8) Upon consolidation, the parties agree to forego claim construction; and

9) Upon consolidation, all filings shall be made in the lead case C.A. No. 16-988 (LPS).

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COZEN & O'CONNOR |
| */s/ Maryellen Noreika* | */s/ Joseph J. Bellew* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiff Onyx Therapeutics, Inc.* | Joseph J. Bellew (#4816)<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2025<br>jbellew@cozen.com<br><br>*Attorney for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |

June 13, 2018

SO ORDERED this _____ day of June, 2018.

_____
United States District Judge